UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re:  Chapter 7
Alice D. Petrone  Case No. 08-12024
 Honorable Arthur N. Votolato

     Debtor

_____/

### ORDER RE: MOTION OF WASHINGTON MUTUAL BANK FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362

Washington Mutual Bank, by and through its attorneys Orlans Moran PLLC, having filed a Motion for Relief From Stay regarding real property known and numbered as 24 Bretton Woods Drive, Cranston, Rhode Island, notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of Washington Mutual Bank for Relief From Stay is allowed and Washington Mutual Bank is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and the Mortgage recorded with the Cranston Records of Land Evidence in Book 3623, on Page 224 in accordance with applicable state and federal law and to commence a summary process action against occupants of that property.  Entry of this Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3).  This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

     At _____ this _____ day of _____, 2008.

                                                   _____
                                                  Honorable Arthur N. Votolato
                                                  U.S. BANKRUPTCY JUDGE