# United States Court of Appeals
## For the First Circuit

No. 13-9012

IN RE: ALICE D. PETRONE

Debtor

---

ALICE D. PETRONE

Appellant

---

**MANDATE**

Entered: July 8, 2014

    In accordance with the judgment of June 9, 2014, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Alice D. Petrone

# United States Court of Appeals
## For the First Circuit

No. 13-9012

IN RE: ALICE D. PETRONE,

Debtor,

---

ALICE D. PETRONE,

Appellant.

---

Lynch, Chief Judge,
Howard and Kayatta, Circuit Judges.

---

**JUDGMENT**

Entered: June 9, 2014

After a careful review of the record, we find no abuse of discretion in the bankruptcy court's decision to deny a request under Fed. R. Bankr. P. 4004(c)(2) to delay the entry of the discharge for the 27th time and no error in the entry of the discharge order. Debtor's motion for leave to file a corrected or substituted brief and request for oral argument is denied. Affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc:

Alice D. Patrone